ACCEPTED
01-17-00033-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 4:32 PM
CHRISTOPHER PRINE
CLERK

NO. 01-17-00033-CV
IN THE
FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 4:32:52 PM
CHRISTOPHER A. PRINE
Clerk

_____

ANAMBRA STATE COMMUNITY IN HOUSTON
Appellant,

V.

ANAMBRA STATE COMMUNITY, HOUSTON
Appellee

_____

On Appeal from the 295th Judicial District Court
Harris County, Texas
Cause No. 2010-76740

_____

**APPELLANT'S MOTION TO EXTEND TIME TO FILE
APPELLANT'S MOTION FOR REHEARING**

Respectfully submitted,

/s/Kurt G. Clarke

_____

Kurt G. Clarke
SBN: 04316720
6200 Savoy, Ste. 458
Houston, Texas 77036
Tel: (713) 779-5500
Fax: (713) 779-6668
E-mail: kgclaw@aol.com
Attorney for Appellant

1

**APPELLANT'S MOTION TO EXTEND TIME TO FILE**
**APPELLANT'S MOTION FOR REHEARING**

TO THE HONORABLE COURT OF APPEALS

Appellant, Anambra State Community In Houston, under the authority of Tex.R.App.P. 10.5(b), asks the Court to extend time to file the motion for rehearing.

1. The Court issued its opinion on March 8, 2018.

2. Appellant's Motion for Rehearing is due on March 23, 2018.

3. Appellant requests an additional fifteen (15) days to file for rehearing, that is, an extension until April 8, 2018.

4. This is Appellant's first request for an extension of time to file the motion for rehearing.

5. Appellant needs additional time to file the motion for rehearing because Appellant's counsel had an emergency that required overseas travel and is out of the jurisdiction.

6. For these reasons, Appellant asks the Court to grant an extension of

time to file the motion for rehearing to April 8, 2018.

Respectfully submitted,

/s/ Kurt G. Clarke

By:_____
Kurt G. Clarke
SBN: 04316720
6200 Savoy Dr., Suite 458
Houston, Texas  77036
Tel:  (713)779-5500
Fax: (713)779-6668
E-mail: kgclaw@aol.com
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I hereby certify that the filing of this motion was discussed with counsel for Appellee, Mr. Patrick Chukelu on March 22, 2018. Mr. Chukelu indicated that he is *opposed* to the granting of an extension.

/s/Kurt G. Clarke
_____
Kurt G. Clarke

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave was forwarded on this the 22nd of March, 2018, either by E-service, telecopier, first class mail, certified mail, return receipt requested and/or by messenger to:

Patrick Chukelu
Law Office of Patrick Chukelu
9301 Southwest Freeway, Suite 250
Houston, Texas 77074

/s/ Kurt G. Clarke
_____
Kurt G. Clarke